# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-18 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR AUSTIN LAW-WILLIAMS (ID#) 2758613 |
| vs. | |
| AUSTIN LAW-WILLIAMS, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **AUSTIN LAW-WILLIAMS** before the United States District Court at Las Vegas, Nevada, on or about Wednesday, 1/25/17 Courtroom 3D, NJK _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: January 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE

```
1   DANIELL G. BOGDEN
    United States Attorney
2   District of Nevada
    PHILLIP N. SMITH, JR.
3   Assistant United States Attorney
    501 Las Vegas Boulevard South
    Suite 1100
4   Las Vegas, Nevada 89101
    702-388-6336
5
              UNITED STATES DISTRICT COURT
6                  DISTRICT OF NEVADA
                        -oOo-
7
8   UNITED STATES OF AMERICA,    )   Case No.: 2:17-cr- 18
                                 )
9            Plaintiff,          )   PETITION FOR WRIT OF HABEAS
                                 )   CORPUS AD PROSEQUENDUM FOR
                                 )   AUSTIN LAW-WILLIAMS
10     vs.                       )   (ID#) 2758613
                                 )
11  AUSTIN LAW-WILLIAMS,         )
                                 )
12           Defendant.          )
                                 )
13  _____)
```

14      The petition of the United States Attorney for the District of Nevada respectfully shows

15  that **AUSTIN LAW-WILLIAMS**, is committed by due process of law in the custody of the

16  Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said

17  **AUSTIN LAW-WILLIAMS** be temporarily released under a Writ of Habeas Corpus Ad

18  Prosequendum so that the said **AUSTIN LAW-WILLIAMS** may be present before the United

19  States District Court for the District of Nevada, Las Vegas, Nevada, on

20  Wednesday, 1/25/17 Courtroom 3D, NJK _____, at the hour of 3:00 p.m., for arraignment and from time

21  to time and day to day thereafter until excused by the said Court.

22      That the presence of the said **AUSTIN LAW-WILLIAMS** before the United States

23  District Court on or about Wednesday, 1/25/17 Courtroom 3D, NJK _____, at the hour of 3:00 p.m.,

24

1  for arraignment and from time to time and day to day thereafter until excused by the Court has
2  been ordered by the United States Magistrate or District Judge for the District of Nevada.
3    WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6  them to produce the said **AUSTIN LAW-WILLIAMS** before the United States District Court
7  on or about _____ Wednesday, 1/25/17 Courtroom 3D, NJK _____, at the hour of 3:00 p.m., for
8  arraignment and from time to time and day to day thereafter, at such times and places as may be
9  ordered and directed by the Court entitled above, to appear before the Court, and when excused
10 by the said Court, to be returned to the custody of the Warden, Clark County Detention Center,
11 Las Vegas, Nevada.
12   DATED this 17th day of January 2017.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Phillip N. Smith, Jr.*

PHILLIP N. SMITH, JR.
Assistant United States Attorney

2