# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-018-RFB |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR AUSTIN LAW-WILLIAMS (ID# 2758613) |
| vs. | |
| AUSTIN LAW-WILLIAMS, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus ad Prosequendum issue out of this Court, directing the production of the body of the said AUSTIN LAW-WILLIAMS before the United States District Court at Las Vegas, Nevada, on or about January 2, 2019 at the hour of 3:00 p.m., in Courtroom 3D, for an initial appearance on a petition for revocation of supervised release, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 26, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE